IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01241-LTB-CBS
*(Civil Action No. C-07-4636 MMC, United States District Court, Northern District of California)*

CRUMP INSURANCE SERVICES, INC.,

    Plaintiff,

v.

MICHAEL P. MCGRATH,
an individual,
ALL RISKS, LTD.,
a corporation, and
DOES 1 through 30, inclusive,

    Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    This matter comes before the court on a Letter filed by Kristen L. Williams, counsel for Defendants, on July 3, 2008, (docketed by the clerk as a "Motion to Appear by Telephone") [doc. no. 5]. To the extend the document is treated as a motion, Defendants' request is DENIED, without prejudice. Counsel is instructed to file a motion that complies with all applicable:

- Federal Rules of Civil Procedure (FED.R.CIV.P. );
- Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR. ); *and*
- District of Colorado ECF Procedures (D.C. COLO. ECF. PROC.).

**DATED:**    July 7, 2008