# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 08-cv-01241-LTB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date:** July 18, 2008 | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| CRUMP INSURANCE SERVICES, INC., | Mark S. Askanas, via telephone |
| | Tara L. Riedley, via telephone |
| **Plaintiff,** | |
| v. | |
| MICHAEL P. MCGRATH, *et al.*, | Donna M. Rutter, via telephone |
| **Defendants,** | |
| JOSEPH BENKELMAN, | Mark S. Askanas, via telephone |
| | Tara Riedley, via telephone |
| **Movant.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTIONS HEARING**
**Court in Session:** 1:30 p.m.
Court calls case. Appearances of counsel.

Counsel present arguments regarding the Motion to Quash Deposition Subpoena of Joseph Benkelman or, Alternatively, Motion for Protective Order [filed June 10, 2008; doc. 1].

**ORDERED:** **The Motion to Quash Deposition Subpoena of Joseph Benkelman or, Alternatively, Motion for Protective Order [filed June 10, 2008; doc. 1] is denied for the reasons stated on the record. Mr. Benkelman's deposition shall go forward and be sealed for trial counsels' eyes only, absent leave of court.**

HEARING CONCLUDED.

**Court in recess:** 2:28 p.m.
Total time in court: 00:58